IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRUDENTIAL INS. CO. OF AMERICA,

    Plaintiff,

v.                                              No. 15-cv-0062 SMV/KK

TAMMY ANN SANDOVAL and
RENEE TOURVILLE MICKEY,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff has failed to take any steps to prosecute its claims against Defendant Tammy Ann Sandoval since serving her on February 5, 2015.  *See* [Doc. 5] at 2.  Accordingly, Plaintiff must show good cause within 30 days why its claims against Defendant Tammy Ann Sandoval should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **June 8, 2015**, why its claims against Defendant Tammy Ann Sandoval should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**